**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-7846**

---

DEVINCHE ALBRITTON,

                                        Plaintiff - Appellant,

        versus

LISA M. EDWARDS, Warden of Dillwyn
Correctional Center; MR. PERUTELLI, Assistant
Warden; MRS. TRENT, Law Library Supervisor;
LIEUTENANT MASON, Security Watch Commander;
SERGEANT STANTON, Security Staff; MR.
HILDERBRAND, Chief Counselor; MRS. HAILSTORK,
Intake & ICA Counselor; DEBRA LEWIS; GENE
JOHNSON, Director of Department of
Corrections; ROBERT SMITH, Doctor; MRS. ELKO,
Head Nurse; MRS. DANDGREGE, Nurse at Dillwyn
Center; MS. HYDE, Correctional Officer,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Jackson L. Kiser, Senior
District Judge.  (CA-05-384-7)

---

Submitted:  May 18, 2006              Decided:  May 30, 2006

---

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

DeVinche Albritton, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

DeVinche Albritton appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint as amended and supplemented for failure to state a claim upon which relief can be granted. See 28 U.S.C. § 1915A(b)(1) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Albritton v. Edwards, No. CA-05-00384-7 (W.D. Va. Oct. 25, 2005). Further, we deny Albritton's motion for injunctive relief as it lacks merit, and deny his motion for oral argument because the facts and legal contentions are adequately presented in the materials before the court, and argument would not aid the decisional process.

AFFIRMED

- 3 -